## 42461. LEVINE v. NOWELL.

EBERHARDT, Judge. Conceding, but without deciding, that the evidence demanded a finding that the defendant was negligent and that this negligence was the proximate cause of the automobile collision, the evidence authorized but did not demand a finding that plaintiff had suffered any injury attributable to the collision. The jury is the judge of the veracity of parties and witnesses; under the evidence in this record they were authorized to disbelieve plaintiff's claim of injury as a result of the collision. Accordingly the judgment for defendant, based upon the verdict of the jury, will

not be disturbed. *Miller v. Dean,* 113 Ga. App. 869 (1) (150 SE2d 191).

*Judgment affirmed. Felton, C. J., and Hall, J., concur.*

ARGUED JANUARY 3, 1967—DECIDED JANUARY 11, 1967—REHEARING DENIED JANUARY 23, 1967.

*Edenfield, Heyman & Sizemore, Newell Edenfield, Benjamin H. Oehlert, III,* for appellant.

*Long, Weinberg & Ansley, Palmer H. Ansley,* for appellee.